## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

    Plaintiffs,

vs.

ARRAY BIOPHARMA INC.
RON SQUARER,
DAVID HORIN, and
JASON HADDOCK,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Array Biopharma Inc., Ron Squarer, David Horin, and Jason Haddock.

DATED: May 7, 2018

    Respectfully submitted,

    *s/Claire E. Wells Hanson*
    Claire E. Wells Hanson
    HOLLAND & HART LLP
    555 Seventeenth Street Suite 3200
    Denver, Colorado 80202-3979
    Telephone: 303-295-8000
    Facsimile: 303-295-8261
    cehanson@hollandhart.com

    *Attorneys for Defendants Array Biopharma Inc., Ron Squarer, David Horin, and Jason Haddock*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeffrey Allen Berens
    jeff@jberenslaw.com

                                                     s/*Claire E. Wells Hanson*
                                                     Claire E. Wells Hanson

10605948_1