IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

    Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

    Defendants.

## DECLARATION OF ADAM M. APTON

I, Adam M. Apton, declare pursuant to 28 U.S.C. § 1746:

    1.    I am a partner of the law firm of Levi & Korsinsky, LLP, attorneys for Lead Plaintiff Peter Voulgaris and Plaintiff Wendell Rose ("Plaintiffs") and Lead Counsel in this Action. I am admitted to practice before this Court and have personal knowledge of the various matters set forth herein based on my day-to-day participation in the prosecution of this Action. I submit this Declaration in support of Plaintiff's Motion for Class Certification and Approval of Notice.

    2.    Levi & Korsinsky has actively litigated this case since its inception. Prior to its commencement, our firm quickly began investigating and researching the proposed Class's potential claims. This involved, among other things, a thorough review of public filings made by and about Array Biopharma Inc. and its NEMO trial data.

1

3. After determining that the claims against Array Biopharma and its officers, including Ron Squarer, Victor Sandor, and Jason Haddock, had merit, we agreed to represent Mr. Rose in filing the initial complaint on November 20, 2017. We then agreed to represent Mr. Voulgaris in connection with his motion to be appointed as the lead plaintiff on January 22, 2018.

4. Following Mr. Voulgaris's appointment as the lead plaintiff on March 12, 2018, we continued our investigation of the claims in preparation for the filing of the Consolidated Class Action Complaint on April 26, 2018. The allegations in the Consolidated Class Action Complaint were based on our further review of Array Biopharma's public filings and statements as well as our review of analyst reports and findings from regulators concerning its lead drug candidate at the time, binimetinib.

5. Defendants moved to dismiss our complaint on June 11, 2018. Following extensive briefing on the motion, the Court issued a ruling on November 24, 2020 denying the motion. The parties are currently scheduled to appear before the Court for their initial scheduling conference on January 26, 2021.

6. If appointed as Class Counsel, our firm will continue to zealously pursue the claims against Defendants on behalf of the Class in the manner that we have done to date. With Plaintiffs, we are committed to prosecuting the alleged claims and obtaining the greatest possible recovery for the Class.

7. Attached hereto as Exhibit A is a true and accurate copy of Levi & Korsinsky's firm resume.

8. Attached hereto as Exhibit B is a true and correct copy of the proposed order granting Plaintiffs' Motion for Class Certification and Approval of Notice, which attaches the proposed Notice of Pendency of Class Action (as Exhibit 1), the proposed Summary Notice of Pendency of Class Action (as Exhibit 2), and the proposed Notice Plan (as Exhibit 3).

9. Attached hereto as Exhibit C is a true and accurate copy of JND Legal

Administration's resume, the administrator that we are proposing to handle the notice of pendency campaign in this action.

Executed this 11th day of January, 2021.

_____
Adam M. Apton