IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

      Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Joint Notice of Settlement and Request to Adjourn Hearing on Plaintiffs' Motion for Class Certification and Approval of Notice** [#75].

      IT IS HEREBY **ORDERED** that the request to adjourn the hearing on Plaintiffs' Motion for Class Certification [#53] ("Plaintiffs' Motion") is **GRANTED**.  The hearing on Plaintiffs' Motion [#53] set for April 1, 2021, at 2:00 p.m. is **VACATED**.

      IT IS FURTHER **ORDERED** that the parties shall file dismissal papers or a status report on or before **April 28, 2021**.

      Dated:  March 30, 2021