IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

 Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

 Defendants.

## DECLARATION OF LUIGGY SEGURA
## REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

I, LUIGGY SEGURA, declare as follows:

 1. I am a Senior Director with JND Legal Administration ("JND"), whose Corporate Office is located in Seattle, Washington. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

 2. JND has been retained by Plaintiffs and Lead Counsel to act as the Settlement Administrator in connection with the proposed settlement of the above captioned action (the "Action").

 3. The principals of JND collectively have over 75 years of experience in class action legal and administrative fields. They have personally overseen some of the largest legal securities matters in the country's history including, among many others, Worldcom ($6.15 billion settlement), IPO ($586 million settlement), Tyco ($3.2 billion settlement), Bank of America ($2.4

billion settlement), Royal Ahold ($1.1 billion settlement), and Nortel Networks ($2.2 billion settlement). Our firm profile is attached as Exhibit A.

4. As in most class actions of this nature, to effectuate notice to the class, JND will mail a copy of the notice and claim form to the shareholders of record identified by the parties and to JND's database of approximately 4,000 banks, brokers, and other nominees. These banks and brokers are instructed to either forward the notice and claim form to potential class members or to provide the names and addresses of potential class members to JND so that we may forward the notice and claim form directly.

5. JND will also cause a summary notice to be published in *Investor's Business Daily* and a national business newswire disseminated electronically as a press release.

6. Class Members who wish to be eligible to receive a distribution from the Settlement Fund are required to complete and submit to JND a properly executed claim form either by mail or online such that it is postmarked or received no later than the claim-filing deadline established by the Court, together with adequate supporting documentation for the transactions and holdings reported therein.

7. Each submitted claim form is reviewed upon receipt to verify that all required information had been provided. The documentation provided with each claim form is also reviewed for authenticity and compared to the information provided on the claim form to verify the claimant's identity and the purchase/acquisition transactions, sale transactions, and holdings listed on the claim form.

8. If a claim form is determined to be defective, a deficiency letter will be sent to the claimant describing the defect including, where applicable, what is necessary to cure the defect. The letter will advise the claimant that the submission of the appropriate information and/or documentary evidence to complete the claim form has to be sent within a specified time period from the date of the letter, or the claim form would be recommended for rejection to the extent

that the deficiency or condition of ineligibility was not cured. The letter will also advise claimants that if they desired to contest the administrative determination, they are required to submit a written statement to JND requesting Court review of their claim form and setting forth the basis for their request.

9. After the claims have been reviewed and final determination have been made as to which claims are valid, JND will calculate each claim's Recognized Loss pursuant to the Court-approved Plan of Allocation and *pro rata* distribution amount based on the total Recognized Losses of all claims and the amount available for distribution in the Settlement Fund. Based on our experience, we expect the total Recognized Losses for all claims to exceed the amount available in the Settlement Fund for distribution such that the fund will be fully exhausted and allocated to eligible claimants.

10. Distribution payments will be sent via checks and wires with a specified period for each claimant to cash their payment (typically 90 or 180 days). For any checks that are not cashed, JND will conduct an outreach campaign to encourage cashing and providing claimants with reissued checks where applicable.

11. The process described herein is the standard notice and claims administration process for securities class action settlements.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of April.

_____
LUIGGY SEGURA