IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

    Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

    Defendants.

## DECLARATION OF WENDELL ROSE

I, WENDELL ROSE, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2. In support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, I submitted a declaration to the Court describing my personal, educational, and professional background as well as my investment history in Array and how I came to be involved in this lawsuit as an initial named plaintiff.

3. Since filing this action back in November 2017, I have remained engaged and kept up to date with the various proceedings by staying in communication with my attorneys at Levi & Korsinsky, LLP. I have reviewed filings, including the complaints and motions, and also participated in discovery by providing documents and information in response to discovery demands. I also appeared for a deposition in support of my motion to be certified as a class representative.

4. I am in favor of settling this case for $8,500,000. Given my familiarity with the issues in the case and the negotiations that took place during the mediation last month, the settlement presents an excellent outcome in my opinion. It will return a significant amount of money to investors that lost money because of the alleged fraud concerning Array's binimetinib drug and the NEMO trial. I, of course, am included amongst those investors and welcome the opportunity to put this matter to rest after nearly three and a half years of litigation. The Court should grant Plaintiffs' motion and preliminarily approve the settlement.

5. My attorneys at Levi & Korsinsky will request an award for attorneys' fees and reimbursement of expenses. This award will compensate the firm for its time under our contingency fee arrangement. I understand that they will seek a fee equal to one-third of the settlement plus reimbursement of expenses. Given the result they obtained, I think their request is entirely fair and well-deserved.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of April 2021.

*Wendell Rose*
WENDELL ROSE

1