IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

      Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

      Defendants.

## DECLARATION OF PETER VOULGARIS

I, PETER VOULGARIS, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2. I previously submitted a declaration to the Court in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. In that declaration, I described my personal, educational, and professional background. I also described my investment history in Array and how I came to be involved in this lawsuit as the court-appointed Lead Plaintiff.

3. Throughout my time as the Lead Plaintiff in this case, I have remained engaged in the litigation and kept up to date with the various proceedings by staying in regular communication with my attorneys at Levi & Korsinsky, LLP. I have also consistently reviewed the filings in this

1

action, including the complaints and motions, and participated in discovery by providing documents and information in response to discovery demands.

4. Recently, however, my participation in the litigation was curtailed due to personal circumstances. After Plaintiffs filed their motion for class certification in which I requested certification as a class representative, my wife's health deteriorated due to a pre-existing medical condition. Her health and the care I needed to provide prevented me from sitting for a deposition on short notice in connection with the motion for class certification.

5. In spite of these personal circumstances, I continued to stay involved and up to date in the litigation. I was aware of the status of the class certification proceedings, including Mr. Wendell Rose's deposition, as well as the mediation that ultimately brought about the proposed settlement of this action for $8,500,000.

6. I believe that the proposed settlement presents an excellent outcome for the class. If approved by the Court, the settlement will resolve this matter in its entirety and restore a substantial amount of money to investors who, like myself, suffered damages as a result of Defendants' alleged misrepresentations about binimetinib and the NEMO trial. The Court should grant Plaintiffs' motion and preliminarily approve the settlement so that notices can be sent to the rest of the class and the Court can schedule a final approval hearing to determine once and for all whether the settlement should be confirmed.

7. I understand that Levi & Korsinsky intends to request an award for attorneys' fees and reimbursement of expenses to compensate the firm for its time and effort. The outcome they achieved in this action is well worth the award they intend on seeking, which I understand will be one-third of the settlement amount plus reimbursement of expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of April 2021.

*Peter Voulgaris*
PETER VOULGARIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

    Plaintiffs,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

    Defendants.

## DECLARATION OF PETER VOULGARIS

I, PETER VOULGARIS, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2. I previously submitted a declaration to the Court in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. In that declaration, I described my personal, educational, and professional background. I also described my investment history in Array and how I came to be involved in this lawsuit as the court-appointed Lead Plaintiff.

3. Throughout my time as the Lead Plaintiff in this case, I have remained engaged in the litigation and kept up to date with the various proceedings by staying in regular communication with my attorneys at Levi & Korsinsky, LLP. I have also consistently reviewed the filings in this

1