UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-02789-KLM (Consolidated with Civil Action No. 17-cv-02848-STV)

PETER VOULGARIS,
WENDELL ROSE, and
ROBERT NAUMAN,

    Plaintiff,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
VICTOR SANDOR, and
JASON HADDOCK,

    Defendants,

---

## NOTICE OF APPEAL

---

Notice is hereby given that Objector Matthew Pampena hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Approving Settlement and Final Judgment (Dkt. 89) in the above-captioned case.

Concurrent with this notice Objector Pampena has remitted payment of the filing fee ($5.00) and the docketing fee ($500.00).

Dated this 3rd day of January, 2022.

**OGBORN MIHM LLP**

>*/s/ Thomas D. Neville*
>Thomas D. Neville, Atty. Reg. No. 35011
>1700 Lincoln, Suite 2700
>Denver, Colorado 80203
>*Thomas.Neville@OMTrial.com*
>*Attorneys for Objector Matthew Pampena*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems which will send notification of such filing to the following e-mail addresses:

jeff@jberenslaw.com
nporritt@zlk.com
mgruesbeck@zlk.com
aapton@zlk.com
james.carroll@skadden.com
jay.kasner@skadden.com
michael.hines@skadden.com
rene.dubois@skadden.com
ahood@pomlaw.com
jalieberman@pomlaw.com
hsteinsollod@hollandhart.com
kjwillis@hollandhart.com

>*/s/Mekell K. Bolton*
>Mekell K. Bolton, Paralegal