FILED  
United States Court of Appeals  
Tenth Circuit

February 27, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

PETER VOULGARIS; WENDELL ROSE; ROBERT NAUMAN,

    Plaintiffs - Appellees,

v.

ARRAY BIOPHARMA, INC.; RON SQUARER; VICTOR SANDOR; JASON HADDOCK,

    Defendants - Appellees.

----------------------------------------

MATTHEW PAMPENA,

    Objector - Appellant.

No. 22-1003  
(D.C. No. 1:17-CV-02789-KLM)  
(D.C. No. 1:17-CV-02848-KLM)  
(D. Colo.)

---

## JUDGMENT

---

Before **MATHESON**, **CARSON**, and **ROSSMAN**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

        Entered for the Court

        CHRISTOPHER M. WOLPERT, Clerk