UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 21, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   22-1003, Rose, et al v. Array Biopharma, et al
Dist/Ag docket: 1:17-CV-02789-KLM, 1:17-CV-02848-KLM

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 27, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Adam Marc Apton
      Jeffrey A. Berens
      Nicholas S. Boebel
      Ari Y. Brown
      James Richard Carroll
      Rene H. DuBois
      Michael S. Hines
      Joseph Alexander Hood II

    Alexander Krot III
    Jeremy Alan Lieberman
    Thomas Neville
    Michael Ogborn
    Nicholas Ian Porritt


CMW/lg